B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition<br>AMENDED |
|---|---|

**Name of Debtor** (if individual, enter Last, First, Middle):
Aristodemo, Nickie L

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
xxx-xx-5609

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
1614 N. 23rd Avenue
Melrose Park, IL
ZIP Code: 60160

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Cook

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11) **- AMENDED**                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aristodemo, Nickie L** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Hal Stinespring**                                    **May 30, 2012** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Hal Stinespring** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)   **- AMENDED**                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Aristodemo, Nickie L |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nickie L Aristodemo**
Signature of Debtor **Nickie L Aristodemo**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 30, 2012**
Date

### Signature of Attorney*

X **/s/ Hal Stinespring**
Signature of Attorney for Debtor(s)

**Hal Stinespring**
Printed Name of Attorney for Debtor(s)

**Hal Stinespring & Associates, P.C.**
Firm Name
**910 East Oak Street**
**Lake in the Hills, IL 60156**

Address

Email: halstinespring@hotmail.com
**847-458-0555  Fax: 847-458-1105**
Telephone Number

**May 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Nickie L. Aristodemo

Debtor(s)

) Chapter 7
) Bankruptcy Case No.
) 12-20515
)
)

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), Nickie L. Aristodemo _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Harry P. Stinespring, IV
Printed or Typed Name of Debtor or Representative

Printed or Typed Name of Joint Debtor

Signature of Debtor or Representative

Signature of Joint Debtor

5-30-12
Date

Date

Page 1 of 2

Hotmail Print Message

# U.S. Bankruptcy Court, Northern District of Illinois - Undeliverable Notice, In re: Nickie L Aristodemo, Case Number: 12-20515, CAD, Ref: [p-39165165]

From: USBankruptcyCourts@noticingcenter.com
Sent: Wed 5/23/12 12:09 PM
To: halstinespring@hotmail.com

1 attachment
B_P11220515b9a0031.PDF (8.3 KB)

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Anything With Wheels LLC — *Bell Leasing*
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**
*Bell Leasing*
*2296 N. Rand Rd. Palatine, IL 60074 Phone 847 776-0400*

**UNDELIVERABLE ADDRESS:** ComEd, Bill Payment Center
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**
*PO Box 6111 Carol Stream, IL 60197-6111 phone 800 588-9477*

**UNDELIVERABLE ADDRESS:** Delmarva Capital Services, LLC, P.O. Box 126, Forest Hill, MD 21050-0126

Hotmail Print Message

Page 2 of 2

**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

DELMARVA CAPITAL IS NO LONGER MANAGING ACCTS. NOW MANAGED BY GLOBAL CREDIT RECOVERY LLC. 108 W. TIMONIUM ROAD, STE 302 TIMONIUM, MARYLAND 21093

_____    5/30/12
Signature of Debtor or Debtor's Attorney.        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Form 1040 (2011) NICKIE L ARISTODEMO    5609 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 53,984. |
| | 39a | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind.  Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for -** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 18,532. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instr. | 41 | Subtract line 40 from line 38 | 41 | 35,452. |
| | 42 | Exemptions. Multiply $3,700 by the number on line 6d | 42 | 7,400. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 28,052. |
| | 44 | Tax. Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ 962 election | 44 | 3,604. |
| • All others: Single or Married filing separately, $5,800 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 3,604. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Married filing jointly or Qualifying widow(er), $11,600 | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| Head of household, $8,500 | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 3,604. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 3,604. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 8,314. |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | |
| | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 8,314. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 4,710. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 4,710. |
| Direct deposit? See instructions. | ▶ b | Routing number [redacted]  ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number [redacted] | | |
| | 75 | Amount of line 73 you want applied to your 2012 estimated tax | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶  Phone no. ▶  Personal ID number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | | Your signature  Date  Your occupation: NEW ACCOUNTS SP  Daytime phone number | | |
| | | Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation  If the IRS sent you an ID Protection PIN, enter it here (see inst.) | | |
| **Paid Preparer Use Only** | | Print/Type preparer's name  Preparer's signature  Date  Check ☐ if self-employed  PTIN | | |
| | | Firm's name ▶  Firm's EIN ▶ | | |
| | | Firm's address ▶  Phone no. | | |

Form 1040 (2011)

1040 (2011)  FD1040-2WV 1.25
Form Software Copyright 1996 - 2012 HRB Tax Group, Inc.



**SCHEDULE A (Form 1040)**
Department of the Treasury
Internal Revenue Service (90)

**Itemized Deductions**

► Attach to Form 1040. ► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**2011**
Attachment Sequence No. 07

Name(s) shown on Form 1040: NICKIE L ARISTODEMO
Your social security number: ▇▇▇-▇▇-5609

**Medical and Dental Expenses**
Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see instructions)
2. Enter amount from Form 1040, line 38
3. Multiply line 2 by 7.5% (.075)
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-

**Taxes You Paid**
5. State and local (check only one box):
   a. [X] Income taxes, or
   b. [ ] General sales taxes .................................. 5   2,891.
6. Real estate taxes (see instructions) ........................ 6   1,933.
   1741 N 21ST AVE MELROSE    1,933.
7. Personal property taxes
8. Other taxes. List type and amount ▶
9. Add lines 5 through 8 ..................................... 9   4,824.

**Interest You Paid**
Note. Your mortgage interest deduction may be limited (see instructions).
10. Home mortgage interest and points reported to you on Form 1098 ... 10   12,965.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶
12. Points not reported to you on Form 1098. See instructions for special rules ... 12
13. Mortgage insurance premiums (see instructions) ................ 13   743.
14. Investment interest. Attach Form 4952 if required. (See instructions.) ... 14
15. Add lines 10 through 14 ................................ 15   13,708.

**Gifts to Charity**
If you made a gift and got a benefit for it, see instructions.
16. Gifts by cash or check. If you made any gift of $250 or more, see inst. ... 16
17. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500. ... 17
18. Carryover from prior year ................................. 18
19. Add lines 16 through 18 ................................. 19

**Casualty and Theft Losses**
20. Casualty or theft loss(es). Attach Form 4684. (See instructions.) ... 20

**Job Expenses and Certain Miscellaneous Deductions**
21. Unreimbursed employee expenses – job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See inst.) ▶ ........ 21
22. Tax preparation fees ..................................... 22
23. Other expenses – investment, safe deposit box, etc. List type and amount ▶
24. Add lines 21 through 23 ................................. 24
25. Enter amount from Form 1040, line 38 ..................... 25
26. Multiply line 25 by 2% (.02) ............................. 26
27. Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- ... 27

**Other Miscellaneous Deductions**
28. Other – from list in instructions. List type and amount ▶ ........ 28

**Total Itemized Deductions**
29. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 .................................... 29   18,532.
30. If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ]

KBA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule A (Form 1040) 2011

1040-Sch A (2011)    FDA-1WV 1.0
Form Software Copyright 1996 - 2012 HRB Tax Group, Inc.

Illinois Department of Revenue
**2011 Form IL-1040**
WebFile  Individual Income Tax Return   or for fiscal year ending ___ / ___
tax.illinois.gov

Do not write above this line.

**Step 1: Personal information**

▬▬▬-5609

NICKIE L ARISTODEMO

924 W NEWPORT
CHICAGO IL 60657



C Filing status (see instructions)
[X] Single or head of household  [ ] Married filing jointly  [ ] Married filing separately  [ ] Widowed

D Check if same-sex civil union return (see instructions) [ ]

(Whole dollars only)

| Step 2: Income | 1 | Federal adjusted gross income from your U.S. 1040, line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | 53,984.00 |
| --- | --- | --- | --- | --- |
| | 2 | Federally tax-exempt interest and dividend income from U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | .00 |
| | 3 | Other additions. Attach Schedule M. | 3 | .00 |
| | 4 | Total income. Add Lines 1 through 3. | 4 | 53,984.00 |
| Step 3: Base Income | 5 | Social Security benefits and certain retirement plan income received if included in Line 1. Attach Page 1 of federal return. | 5 | .00 |
| | 6 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 6 | .00 |
| | 7 | Other subtractions. Attach Schedule M. Check if Line 7 includes any amount from Schedule 1299-C. [ ] | 7 | .00 |
| | 8 | Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 | .00 |
| | 9 | Illinois base income. Subtract Line 8 from Line 4. | 9 | 53,984.00 |
| Step 4: Exemptions | 10 | a Number of exemptions from your federal return ___ X $2,000 ___ a ___ 2,000.00 | | |
| | | b If someone can claim you as a dependent, see instructions. ___ X $2,000 ___ b ___ .00 | | |
| | | c Check if 65 or older: [ ] You + [ ] Spouse = ___ X $1,000 ___ c ___ .00 | | |
| | | d Check if legally blind: [ ] You + [ ] Spouse = ___ X $1,000 ___ d ___ .00 | | |
| | | Exemption allowance. Add Lines a through d. | 10 | 4,000.00 |
| Step 5: Net Income | 11 | Residents: Net Income. Subtract Line 10 from Line 9. Skip Line 12. | 11 | 49,984.00 |
| | 12 | Nonresidents and part-year residents: Check the box that applies to you during 2011 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. | 12 | .00 |
| Step 6: Tax | 13 | Residents: Multiply Line 11 by 5% (.05). Nonresidents and part-year residents: Write the tax from Schedule NR. | 13 | 2,499.00 |
| | 14 | Recapture of investment tax credits. Attach Schedule 4255. | 14 | .00 |
| | 15 | Income tax. Add Lines 13 and 14. Cannot be less than zero. | 15 | 2,499.00 |
| Step 7: Tax After Non-refundable Credits | 16 | Income tax paid to another state while an Illinois resident. Attach Schedule CR. | 16 | .00 |
| | 17 | Property tax and K-12 education expense credit amount from Schedule ICR. Attach Schedule ICR. | 17 | 97.00 |
| | 18 | Credit amount from Schedule 1299-C. Attach Schedule 1299-C. | 18 | .00 |
| | 19 | Add Lines 16, 17, and 18. This is the total of your credits. Cannot exceed the tax amount on Line 15. | 19 | 97.00 |
| | 20 | Tax after nonrefundable credits. Subtract Line 19 from Line 15. | 20 | 2,402.00 |

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

IL-1040 page 1 (R-12/11)
ID: 2BU
1040 (2011)   IL 1040-1WV 1.13
Form Software Copyright 1998 - 2012 HRB Tax Group, Inc.



|  |  |  |  |  |
|---|---|---|---|---|
|  | 21 | Tax after nonrefundable credits from Page 1, Line 20 | 21 | 2,402.00 |
| **Step 8:** | 22 | Household employment tax. See instructions. | 22 | .00 |
| Other | 23 | Use tax on Internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. Do not leave blank. | 23 | 0.00 |
| Taxes | 24 | Total tax. Add Lines 21, 22, and 23. | 24 | 2,402.00 |
| **Step 9:** | 25 | Illinois Income Tax withheld. Attach W-2 and 1099 forms. | 25 | 2,891.00 |
|  | 26 | Estimated payments from Forms IL-1040-ES and IL-505-I, including overpayment applied from 2010 return | 26 | .00 |
| Payments and | 27 | Pass-through entity tax payments. Attach Schedule K-1-P or K-1-T. | 27 | .00 |
| Refundable | 28 | Earned Income Credit from Schedule ICR. Attach Schedule ICR. | 28 | 0.00 |
| Credit | 29 | Total payments and refundable credits. Add Lines 25 through 28. | 29 | 2,891.00 |
| **Step 10:** | 30 | Overpayment. If Line 29 is greater than Line 24, subtract Line 24 from Line 29. | 30 | 489.00 |
| Result | 31 | Underpayment. If Line 24 is greater than Line 29, subtract Line 29 from Line 24. | 31 | .00 |
| **Step 11:** | 32 | Late payment penalty for underpayment of estimated tax. | 32 | .00 |
| Underpayment |  | a  Check if at least two-thirds of your federal gross income is from farming. | ☐ |  |
| of Estimated Tax |  | b  Check if you or your spouse are 65 or older and permanently living in a nursing home. | ☐ |  |
| Penalty and Donations |  | c  Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. Attach Form IL-2210. | ☐ |  |
|  | 33 | Voluntary charitable donations. Attach Schedule G. | 33 | .00 |
|  | 34 | Total penalty and donations. Add Lines 32 and 33. | 34 | 0.00 |
| **Step 12:** | 35 | If you have an overpayment on Line 30 and this amount is greater than Line 34, subtract Line 34 from Line 30. This is your remaining overpayment. | 35 | 489.00 |
| Refund or | 36 | Amount from Line 35 you want refunded to you | 36 | 489.00 |
| Amount You Owe | 37 | [redacted] |  |  |
|  | 38 | Subtract Line 36 from Line 35. This amount will be applied to your 2012 estimated tax. | 38 | .00 |
|  | 39 | If you have an underpayment on Line 31, add Lines 31 and 34, or if you have an overpayment on Line 30 and this amount is less than Line 34, subtract Line 30 from Line 34. This is the amount you owe. | 39 | .00 |

**Step 13:** Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Your signature: For Information Only   Date: ___   Daytime phone number: (708) 220-8283   Your spouse's signature: For Information Only   Date: ___

Paid preparer's signature ___   Preparer's phone number ___   Preparer's FEIN, SSN, or PTIN ___

**Third Party Designee**

☐ Check, and complete below, if you want to allow another person to discuss this return with the Illinois Department of Revenue.

Designee's Name (please print) ___   Designee's Phone number ___

**Form 1099-G Information**

☐ Next year (in January 2013), we are no longer automatically mailing 1099-G forms. Instead, we ask that you get this information from our website. Check the box if you still want us to mail you a paper Form 1099-G next year.

---

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 1040
GALESBURG IL 61402-1040

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R-12/11)
ID: 2BU
1040 (2011)
Form Software Copyright 1995 - 2012 HRB Tax Group, Inc.
DR ___   AP ___   RR   DC
IL1040-2WV 1.13

*(Watermark: COPY ONLY — DO NOT FILE)*

# Form 1040 — U.S. Individual Income Tax Return — 2010

Department of the Treasury - Internal Revenue Service
For the year Jan. 1- Dec. 31, 2010, or other tax year beginning , 2010, ending , 20
OMB No. 1545-0074

**Name, Address, and SSN** (See separate instructions.)

NICKIE L ARISTODEMO
1741 N 21ST AVE
MELROSE PARK, IL 60160

Your social security number: ###-##-5609

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund ▶ [ ] You  [ ] Spouse

## Filing Status
Check only one box.
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

## Exemptions
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b [ ] Spouse

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
- lived with you: 1
- did not live with you due to divorce or separation (see inst):
- Dependents on 6c not entered above:
- Add numbers on lines above: 2

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child <17 for child tax cr. (see pg 15) |
|---|---|---|---|---|
| MICHAEL | ALANIS | ###-##-4412 | SON | |

If more than four dependents, see inst and check here ▶ [ ]

d Total number of exemptions claimed.

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 45,829. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions. 15a ___ b Taxable amount | 15b |
| 16a | Pensions and annuities. 16a ___ b Taxable amount | 16b 112. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 13,850. |
| 20a | Social security benefits. 20a ___ b Taxable amount | 20b |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income. ▶ | 59,791. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 59,791. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2010)

1040 (2010)  FD1040-1WV 1.25
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

*COPY ONLY - DO NOT FILE*

Form 1040 (2010) NICKIE L ARISTODEMO ... 5609 Page 2

| | | | |
|---|---|---|---|
| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 38 | 59,791. |
| | 39a | Check if: You were born before January 2, 1946, Blind. Spouse was born before January 2, 1946, Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 8,400. |
| | 41 | Subtract line 40 from line 38 | 41 | 51,391. |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42 | 7,300. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 44,091. |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 6,014. |
| | 45 | Alternative minimum tax ... | 45 | |
| | 46 | Add lines 44 and 45 | 46 | 6,014. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| | 49 | Education credits from Form 8863, line ... | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add ln 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | 55 | 6,014. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . NO | 58 | 11. |
| | 59 | a ☐ Form(s) W-2, box 9 b ☐ Schedule H ... Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax | 60 | 6,025. |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 7,660. |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | |
| | 63 | Making work pay credit. Attach Schedule M | 63 | 400. |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election . 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments | 72 | 8,060. |
| Refund | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | 2,035. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,035. |
| Direct deposit? See instructions. | ▶b | Routing number ▬▬▬ ▶c Type: ☒ Checking ☐ Savings | | |
| | ▶d | Account number ▬▬▬ | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ 75 | | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | | |
| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ Phone no. ▶ Personal ID number (PIN) ▶ | | | |
| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See page 12. Keep a copy for your records. | Your signature | Date | Your occupation CUSTOMER SERVIC | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| | Firm's name ▶ | | Firm's EIN ▶ | |
| | Firm's address ▶ | | Phone no. | |

Form 1040 (2010)

1040 (2010)
Form Software Copyright 1998 - 2011 HRB Tax Group, Inc.   FD1040-2WV 1.25

**Illinois Department of Revenue**
# 2010 Form IL-1040
Individual Income Tax Return — or for fiscal year ending ___/___

Do not write above this line.

## Step 1: Personal Information

███████5609

NICKIE L ARISTODEMO

1741 N 21ST AVE
MELROSE PARK IL 60160

**C Filing status** (see instructions)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

## Step 2: Income
(Whole dollars only)

1. Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 .......... 1  59,791.00
2. Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ .......... 2  .00
3. Other additions to your income. Attach Schedule M. .......... 3  .00
4. Total income. Add Lines 1 through 3. .......... 4  59,791.00

## Step 3: Base Income

5. Income received from Social Security benefits and certain retirement plans if included in Line 1. Attach federal Page 1. .......... 5  112.00
6. Illinois Income Tax overpayment included in U.S. 1040, Line 10 .......... 6  .00
7. Other subtractions to your income. Attach Schedule M. .......... 7  .00
   Check if Line 7 includes any amount from Schedule 1299-C
8. Add Lines 5, 6, and 7. This is the total of your subtractions. .......... 8  112.00
9. Illinois base income. Subtract Line 8 from Line 4. .......... 9  59,679.00

## Step 4: Exemptions

10. a Number of exemptions from your federal return  2 X $2,000  a  4,000.00
    b If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.  __ X $2,000  b  .00
    c Check if 65 or older: [ ] You + [ ] Spouse = __ X $1,000  c  .00
    d Check if legally blind: [ ] You + [ ] Spouse = __ X $1,000  d  .00
    Exemption allowance. Add Lines a through d. .......... 10  4,000.00

## Step 5: Net Income

11. Residents Only: Net income. Subtract Line 10 from Line 9. Skip Line 12. .......... 11  55,679.00
12. Nonresidents and part-year residents Only: Check the box that applies to you during 2010.  [ ] Nonresident  [ ] Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. .......... 12  .00

## Step 6: Tax

13. Residents: Multiply Line 11 by 3% (.03). Write the result here. Nonresidents and part-year residents: Write the tax before recapture of investment credits from Schedule NR. .......... 13  1,670.00
14. Recapture of investment tax credits. Attach Schedule 4255. .......... 14  .00
15. Total tax. Add Lines 13 and 14. This amount may not be less than zero. .......... 15  1,670.00

IL-1040 page 1 (R-12/10)
ID: 2BU
1040 (2010)    IL1040-1WV 1.13
Form Software Copyright 1996 – 2011 HRB Tax Group, Inc.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0005



| | | | |
|---|---|---|---|
| 16 | Total tax amount from Page 1, Line 15 | 16 | 1,670.00 |

**Step 7: Tax After Nonrefundable Credits and Use Tax**

| | | | |
|---|---|---|---|
| 17 | Income tax paid to another state while an Illinois resident. Attach Sch CR. | 17 | .00 |
| 18 | Property tax and K-12 education expense credit amount from Schedule ICR. Attach Schedule ICR. | 18 | 176.00 |
| 19 | Credit amount from Schedule 1299-C. Attach Schedule 1299-C. | 19 | .00 |
| 20 | Add Lines 17, 18, and 19. This is the total of your credits. This amount may not exceed the tax amount on Line 16. | 20 | 176.00 |
| 21 | Tax after nonrefundable credits. Subtract Line 20 from Line 16. | 21 | 1,494.00 |
| 22 | Use tax on Internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. Do not leave blank. | 22 | 0.00 |
| 23 | Tax after nonrefundable credits and use tax. Add Lines 21 and 22. | 23 | 1,494.00 |

**Step 8: Payments and Refundable Credit**

| | | | |
|---|---|---|---|
| 24 | Illinois Income Tax withheld. Attach W-2 and 1099 forms. | 24 | 1,337.00 |
| 25 | Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2009 return | 25 | .00 |
| 26 | Pass-through entity tax payments. Attach Schedule K-1-P or K-1-T. | 26 | .00 |
| 27 | Earned Income Credit from Schedule ICR. Attach Schedule ICR. | 27 | 0.00 |
| 28 | Total payments and refundable credit. Add Lines 24 through 27. | 28 | 1,337.00 |

**Step 9: Overpayment or Underpayment**

| | | | |
|---|---|---|---|
| 29 | Overpayment. If Line 28 is greater than Line 23, subtract Line 23 from Line 28. | 29 | .00 |
| 30 | Underpayment. If Line 23 is greater than Line 28, subtract Line 28 from Line 23. | 30 | 157.00 |

**Step 10: Underpayment of Estimated Tax Penalty and Donations**

| | | | |
|---|---|---|---|
| 31 | Late payment penalty for underpayment of estimated tax. | 31 | .00 |
| a | Check if at least two-thirds of your federal gross income is from farming. | ☐ | |
| b | Check if you or your spouse are 65 or older and permanently living in a nursing home. | ☐ | |
| c | Check if your income was not received evenly during the year and you annualized your income on Form IL-2210, otherwise we will figure this penalty for you. Attach Form IL-2210. | ☐ | |
| 32 | Voluntary charitable donations. Attach Schedule G. | 32 | .00 |
| 33 | Total penalty and donations. Add Lines 31 and 32. | 33 | 0.00 |

**Step 11: Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 34 | If you have an overpayment on Line 29 and this amount is greater than Line 33, subtract Line 33 from Line 29. This is your remaining overpayment. | 34 | .00 |
| 35 | Amount from Line 34 you want refunded to you | 35 | .00 |
| 36 | Direct Deposit | | |
| 37 | Subtract Line 35 from Line 34. This amount will be applied to your 2011 estimated tax. | 37 | .00 |
| 38 | If you have an underpayment on Line 30, add Lines 30 and 33. OR If you have an overpayment on Line 29 and the amount is less than Line 33, subtract Line 29 from Line 33. This is the amount you owe. | 38 | 157.00 |

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Sign here

Your signature: For Information Only  Date: 
Daytime phone number: (708) 220-8283
Your spouse's signature: For Information Only  Date:

Paid preparer's signature  Date  Preparer's phone number  Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 1040
GALESBURG IL 61402-1040

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

DR_____   AP_____   RR____   DC____

IL-1040 page 2 (R-12/10)
ID: 2BU
1040 (2010)    IL1040-2WV 1.13
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

*COPY ONLY — DO NOT FILE*

| | | | | |
|---|---|---|---|---|
| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2009** | (99) IRS Use Only-Do not write or staple in this space. | OMB No. 1545-0074 |

For the year Jan. 1-Dec. 31, 2009, or other tax year beginning _____, 2009, ending _____, 20 ___

**Label** (See Instructions on page 14.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **ANTHONY**
Last name: **ARISTODEMO**
Your social security number: ****-**-9693

If a joint return, spouse's first name and initial: **NICKIE L**
Last name: **ARISTODEMO**
Spouse's social security number: ****-**-5609

Home address (number and street): **1741 NORTH 21ST AVENUE**    Apt. no.
▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code: **Melrose Park   IL   60160**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

**Filing Status** Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg 17) |
|---|---|---|---|---|
| ANGELA | ARISTODEMO | ***-**-8561 | Daughter | ☒ |
| MICHAEL A | ALANIS | ***-**-4412 | Son | ☐ |

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **2**
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶ **4**

If more than four dependents, see page 17 and check here ▶ ☐

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7  166,436 |
| 8a | Taxable interest. Attach Schedule B if required | 8a  194 |
| b | Tax-exempt interest. Do not include on line 8a ... 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends (see page 22) ... 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10  437 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions ... 15a | b Taxable amount (see page 24) | 15b |
| 16a | Pensions and annuities ... 16a | b Taxable amount (see page 25) | 16b  2,771 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | 19 |
| 20a | Social security benefits ... 20a | b Taxable amount (see page 27) | 20b |
| 21 | Other income | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22  169,838 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see page 29) ... 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ... 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ... 25 | |
| 26 | Moving expenses. Attach Form 3903 ... 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ... 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ... 28 | |
| 29 | Self-employed health insurance deduction (see page 30) ... 29 | |
| 30 | Penalty on early withdrawal of savings ... 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ ... 31a | |
| 32 | IRA deduction (see page 31) ... 32 | |
| 33 | Student loan interest deduction (see page 34) ... 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ... 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 ▶ | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37  169,838 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.    EEA    Form 1040 (2009)

Form 1040 (2009) ANTHONY & NICKIE L ARISTODEMO █████9693 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | **38** 169,838 |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 and check here ▶ 39b ☐ | |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35. | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40a** 34,988 |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ▶ 40b ☐ | |
| | 41 | Subtract line 40a from line 38 | **41** 134,850 |
| • All others: Single or Married filing separately, $5,700 | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | **42** 14,600 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** 120,250 |
| Married filing jointly or Qualifying widow(er), $11,400 | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | **44** 22,438 |
| | 45 | Alternative minimum tax (see page 40). Attach Form 6251 | **45** |
| Head of household, $8,350 | 46 | Add lines 44 and 45 ▶ | **46** 22,438 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 |
| | 49 | Education credits from Form 8863, line 29 | 49 |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 |
| | 51 | Child tax credit (see page 42) | 51 0 |
| | 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 52 |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 |
| | 54 | Add lines 47 through 53. These are your total credits | 54 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | **55** 22,438 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NC | **58** 277 |
| | 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | 59 |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | **60** 22,715 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 24,497 FORM 1099 |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credits. Attach Schedule M | 63 403 |
| | 64a | Earned income credit (EIC) | 64a |
| | b | Nontaxable combat pay election ▶ 64b | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 |
| | 68 | Amount paid with request for extension to file (see page 72) | 68 |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | 69 |
| | 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 70 |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your total payments ▶ | **71** 24,900 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | **72** 2,185 |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | **73a** 2,185 |
| | b | Routing number ███████ c Type: ☒ Checking ☐ Savings | |
| | d | Account number ███████ | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 ▶ | 75 |
| | 76 | Estimated tax penalty (see page 74) | 76 |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 75)? ☐ Yes. Complete the following. ☒ No | |
| | | Designee's name ▶ Phone no. ▶ Personal Identification number (PIN) ▶ | |
| **Sign Here** Joint return? See page 15. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | |
| | | Your signature ▶ Date Your occupation Daytime phone number | |
| | | Spouse's signature. If a joint return, both must sign. Date Spouse's occupation | |
| **Paid Preparer's Use Only** | | Preparer's signature ▶ Date 03-01-2010 Check if self-employed ☐ Preparer's SSN or PTIN █████2859 | |
| | | Firm's name (or yours if self-employed), address, and ZIP code ▶ AAF ACCOUNTING INC 6842 WEST NORTH AVENUE CHICAGO IL 60707 EIN █████0895 Phone no. 773-237-7224 | |

**Illinois Department of Revenue**
**2009 Form IL-1040**
tax.illinois.gov  Individual Income Tax Return   or for fiscal year ending _____

Do not write above this line.

### Step 1: Personal Information

▓▓▓9693    ▓▓▓5609

ANTHONY ARISTODEMO
NICKIE L ARISTODEMO
1741 NORTH 21ST AVENUE
Melrose Park, IL 60160

C Filing status (see instructions)
☐ Single or head of household   [X] Married filing jointly   ☐ Married filing separately   ☐ Widowed

### Step 2: Income
(Whole dollars only)
1. Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 ............ 1  169,838
2. Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ ............ 2 _____
3. Other additions to your income. Attach Schedule M. ............ 3 _____
4. Total Income. Add Lines 1 through 3. ............ 4  169,838

Staple W-2 and 1099 forms here

### Step 3: Base Income
5. Income received from Social Security benefits and certain retirement plans if included in Line 1. Attach federal Page 1. ......... 5  2,771
6. Illinois Income Tax overpayment included in U.S. 1040, Line 10 ......... 6  437
7. Other subtractions to your income. Attach Schedule M. ......... 7  151
   Check if Line 7 includes any amount from Schedule 1299-C ☐
8. Add Lines 5, 6, and 7. This is the total of your subtractions. ............ 8  3,359
9. Illinois base income. Subtract Line 8 from Line 4. ............ 9  166,479

### Step 4: Exemptions
See instructions before figuring exemptions.
10 a  Number of exemptions from your federal return  4 X $2,000  a  8,000
   b  If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.   X $2,000  b _____
   c  Check if 65 or older:  ☐ You + ☐ Spouse  =  X $1,000  c _____
   d  Check if legally blind:  ☐ You + ☐ Spouse  =  X $1,000  d _____
   Exemption allowance. Add Lines a through d. ............ 10  8,000

### Step 5: Net Income
11. Residents Only: Net Income. Subtract Line 10 from Line 9. Skip Line 12. ............ 11  158,479
12. Nonresidents and part-year residents Only:
    Check the box that applies to you during 2009  ☐ Nonresident  ☐ Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR.  12 _____

### Step 6: Tax
13. Residents: Multiply Line 11 by 3% (.03). Write the result here.
    Nonresidents and part-year residents: Write the tax before recapture of investment credits from Schedule NR. ............ 13  4,754
14. Recapture of investment tax credits. Attach Schedule 4255. ............ 14 _____
15. Total tax. Add Lines 13 and 14. This amount may not be less than zero. ............ 15  4,754

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0085

IL-1040 page 1 (R-12/09)  ID: 2EB



| | | |
|---|---|---|
| 16 Total tax amount from page 1, Line 15 | 16 | 4,754 |

**Step 7: Nonrefundable Credits**

17 Income tax paid to another state while an Illinois resident. Attach Schedule CR.   17 _____

Complete Schedule ICR

18 Property tax and K-12 education expense credit amount from Schedule ICR. Attach Schedule ICR.   18   212

19 Credit amount from Schedule 1299-C. Attach Schedule 1299-C.   19 _____

20 Add Lines 17, 18, and 19. This is the total of your credits. This amount may not exceed the tax amount on Line 16.   20   212

21 Tax after nonrefundable credits. Subtract Line 20 from Line 16.   21   4,542

**Step 8: Payments and Refundable Credit**

22 Illinois Income Tax withheld. Attach W-2 and 1099 forms.   22   4,873

23 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2008 return   23 _____

See Instructions

24 Pass-through entity tax payments. Attach Schedule K-1-P or K-1-T.   24 _____

Complete Schedule ICR

25 Earned Income Credit from Schedule ICR. Attach Schedule ICR.   25 _____

26 Total payments and refundable credit. Add Lines 22 through 25.   26   4,873

**Step 9: Overpayment or Underpayment**

27 Overpayment. If Line 26 is greater than Line 21, subtract Line 21 from Line 26.   27   331

28 Underpayment. If Line 21 is greater than Line 26, subtract Line 26 from Line 21.   28 _____

**Step 10: Underpayment of Estimated Tax Penalty and Donations**

29 Late payment penalty for underpayment of estimated tax.   29 _____

 a Check if at least two-thirds of your federal gross income is from farming.   ☐

 b Check if you or your spouse are 65 or older and permanently living in a nursing home.   ☐

 c Check if your income was not received evenly during the year and you annualized your income on Form IL-2210, otherwise we will figure this penalty for you. Attach Form IL-2210.   ☐

MAKE "GIVING" EASY!

30 You can make voluntary charitable donations to many worthy causes using this form. It's easy - just complete Schedule G and enter the donation amount here. Attach Schedule G.   30 _____

31 Total penalty and donations. Add Lines 29 and 30.   31 _____

**Step 11: Refund or Amount You Owe**

32 If you have an overpayment on Line 27 and this amount is greater than Line 31, subtract Line 31 from Line 27. This is your remaining overpayment.   32   331

33 Amount from Line 32 you want refunded to you   33   331

Direct Deposit

34 Complete to direct deposit your refund
Routing number ▓▓▓▓▓▓▓▓▓   ☒ Checking or   ☐ Savings
Account number ▓▓▓▓▓▓▓▓▓

35 Subtract Line 33 from Line 32. This amount will be applied to your 2010 estimated tax.   35 _____

See instructions for payment options

36 If you have an underpayment on Line 28, add Lines 28 and 31. or
If you have an overpayment on Line 27 and this amount is less than Line 31, subtract Line 27 from Line 31. This is the amount you owe.   36 _____

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Sign here

Your signature   Date 03-01-2010   Daytime phone number 773-237-7224   Your spouse's signature ▓▓▓▓2859   Date

Paid preparer's signature   Date   Preparer's phone number   Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 1040
GALESBURG IL 61402-1040

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

DR _____ AP _____ EV   RR   DC

IL-1040 page 2 (R-12/09)   ID: 2EB

Form **1040** Department of the Treasury - Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2011** OMB No. 1545-0074  IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2011, or other tax year beginning ___, 2011, ending ___, 20___  See separate instructions.

**Your social security number:** ###-##-5609

NICKIE L ARISTODEMO
924 W NEWPORT APT. 301
CHICAGO, IL 60657

**Spouse's social security number:**

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

**Filing Status** (Check only one box):
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a.  → Boxes checked on 6a and 6b: **1**
- 6b [ ] Spouse
- 6c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax cr. (see inst) |
|---|---|---|---|
| MICHAEL ALANIS | ###-##-4412 | SON | ✓ |

No. of children on 6c who:
- lived with you: **1**
- did not live with you due to divorce or separation (see inst): ___
- Dependents on 6c not entered above: ___

Add numbers on lines above ▶ **2**

If more than four dependents, see inst and check here ▶ [ ]

d Total number of exemptions claimed.

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 53,984. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions. 15a ___ b Taxable amount | 15b | |
| 16a | Pensions and annuities. 16a ___ b Taxable amount | 16b | 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits. 20a ___ b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 53,984. |

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ ___ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 53,984. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.                Form **1040** (2011)

1040 (2011)
FD1040-1WV 1.25
Form Software Copyright 1996 - 2012 HRB Tax Group, Inc.

*COPY ONLY — DO NOT FILE*